In THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL EDWARD TEEL,** | * |
| Petitioner, | * |
| v. | *   CIVIL ACTION NO. 07-00273-CB-B |
| **WARDEN JERRY FERRELL,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's action be dismissed with prejudice.

DONE this 27th day of July **2009.**

*S/Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**